1   THE TIDRICK LAW FIRM
    STEVEN G. TIDRICK, SBN 224760
2   JOEL B. YOUNG, SBN 236662
    2039 Shattuck Avenue, Suite 308
3   Berkeley, California  94704
    Telephone:   (510) 788-5100
4   Facsimile:   (510) 291-3226
    E-mail:      sgt@tidricklaw.com
5   E-mail:      jby@tidricklaw.com

6   Attorneys for Individual and Representative
    Plaintiffs MAURICE JONES and LEONEL R. LEÓN

7

8                 UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11  MAURICE JONES and LEONEL R.          Civil Case No. 3:14-cv-01778-KSC
    LEON, on behalf of themselves and all
12  others similarly situated,            **PLAINTIFFS' NOTICE OF**
                                          **MOTION AND MOTION FOR**
13                      Plaintiffs,       **FINAL APPROVAL OF CLASS**
                                          **SETTLEMENT**
14          v.
                                          Date:        November 1, 2017
15  SAN DIEGO METROPOLITAN                Time:        2:00 p.m.
    TRANSIT SYSTEM; SAN DIEGO            Courtroom:   1E
16  TROLLEY, INC.; and DOES 1-50,        Trial Date:   Not set

17                      Defendants.       The Honorable Karen S. Crawford

18

19

20

21

22

23

24

25

26

27

28

1

## <u>NOTICE OF MOTION AND MOTION</u>

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 1, 2017, at 2:00 P.M. or as soon thereafter as the matter may be heard, before the Honorable Karen S. Crawford, United States District Court, Southern District of California, 221 West Broadway, San Diego, California, Courtroom 1E, Plaintiffs Maurice Jones and Leonel R. León ("Plaintiffs") will and hereby do move the Court pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and Rule 23(c) and (e) of the Federal Rules of Civil Procedure, for final approval of the class action settlement agreement ("Settlement Agreement") (Docket No. 51) that the Court preliminarily approved, and for entry of the proposed order filed herewith.

DATED: October 10, 2017          Respectfully submitted,

THE TIDRICK LAW FIRM

By:     /s/ Steven G. Tidrick
        _____
        STEVEN G. TIDRICK, SBN 224760

        Attorneys for Individual and Representative
        Plaintiffs MAURICE JONES and
        LEONEL R. LEON