

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maurice Jones, on behalf of themselves and all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>San Diego Metropolitan Transit System, San Diego Trolley, Inc. ;Does 1-50<br><br>**Defendant.** | Civil Action No.   14-cv-01778-KSC<br><br><br>**JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

   Counsel for plaintiffs shall receive $31,250 in attorneys' fees, $4,000 enhancement payments are to be made to plaintiffs Maurice Jones and Leonel R. Leon, $11,888 is to be paid to the settlement administrator, Simpluris, Inc., and the remaining $74,780.46 is to be distributed among the Class Members. The settlement administrator shall distribute the settlement funds as specified in accordance with the Settlement Agreement and this Order ;

   IT IS FURTHER ORDERED, this Court fully adopts and incorporates the parties' Class Action Settlement Agreement, the terms defined therein, and all exhibits thereto. [Doc. No. 51]. The parties and Simpluris are to comply with all aspects of that Agreement;

   IT IS FURTHER ORDERED final judgment in this matter be entered in accordance with the terms of the Class Action Settlement, but will retain jurisdiction for a period of one (1) year for purposes of interpreting, enforcing, and implementing that agreement.

**Date:**   12/1/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  D. Nanula
                              D. Nanula, Deputy