THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
2039 Shattuck Avenue, Suite 308
Berkeley, California  94704
Telephone:  (510) 788-5100
Facsimile:  (510) 291-3226
E-mail:  sgt@tidricklaw.com
E-mail:  jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiffs MAURICE JONES and LEONEL R. LEÓN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JONES and LEONEL R. LEÓN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO METROPOLITAN TRANSIT SYSTEM; SAN DIEGO TROLLEY, INC.; and DOES 1-50,<br><br>Defendants. | Civil Case No. 3:14-cv-01778-KSC<br><br>**PLAINTIFFS' *EX PARTE* APPLICATION REQUESTING BRIEF PHONE CONFERENCE**<br><br>Judge:     Hon. Karen S. Crawford<br>Courtroom: 1010<br>Trial Date:   Not set |

Plaintiffs Maurice Jones and Leonel R. León ("Plaintiffs") respectfully request that the Court, Magistrate Judge Karen S. Crawford presiding, set a brief telephonic conference call with counsel with both sides, because it appears that the Court's order and judgment issued on Friday, December 1, 2017 (ECF Nos. 69 and 70) inadvertently overlooked that Plaintiffs had requested that Plaintiffs' counsel be reimbursed for incurred litigation expenses in the amount of $2,081.54 (*see* ECF No. 61-1 at Page 14 of 16, at lines 1-20), in which case the Court could and should amend the first sentence of the Judgment to state:

> **Counsel for plaintiffs shall receive $31,250 in attorneys' fees <u>and $2,081.54 in incurred litigation costs</u>, $4,000 enhancement payments are to be made to plaintiffs Maurice Jones and Leonel R. Leon, $11,888 is to be paid to the settlement administrator, Simpluris, Inc., and the remaining <u>$71,780.46</u> is to be distributed among the Class Members.**

The amount for distribution to class members, $71,780.46, is calculated as follows: $125,000 minus the sum of $31,250, $2,081.54, $4,000 X 2, and $11,888.

Attached hereto is a true and correct copy of an e-mail exchange between counsel for both sides regarding this issue.

For the reasons above, Plaintiffs respectfully request that the Court grant Plaintiffs' *ex parte* application.

DATED: December 4, 2017          Respectfully submitted,

                                 THE TIDRICK LAW FIRM

                                 By:   /s/ Steven G. Tidrick
                                 _____
                                 STEVEN G. TIDRICK, SBN 224760

                                 Attorneys for Individual and Representative
                                 Plaintiffs MAURICE JONES and LEONEL
                                 R. LEÓN

Print   |   Close Window

**Subject:** RE: quick q re Jones v. SDMTS
**From:** "Aaron A. Buckley" <abuckley@paulplevin.com>
**Date:** Sun, Dec 03, 2017 1:53 pm
**To:** 'Steve Tidrick' <steve@tidrick.com>, "J. Rod Betts" <rbetts@paulplevin.com>
**Cc:** Joel Young <jby@tidricklaw.com>
**Attach:** image001.gif

Steve,

Yes, we agree.

Aaron

**Aaron A. Buckley**  Partner
619-744-3642 | abuckley@paulplevin.com



PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP
101 West Broadway, Ninth Floor
San Diego, California  92101
619-237-5200 | paulplevin.com

**Confidentiality Notice:** This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.

-----Original Message-----
From: Steve Tidrick [mailto:steve@tidrick.com]
Sent: Friday, December 01, 2017 5:44 PM
To: Aaron A. Buckley <abuckley@paulplevin.com>; J. Rod Betts <rbetts@paulplevin.com>
Cc: Joel Young <jby@tidricklaw.com>
Subject: quick q re Jones v. SDMTS

Aaron - Rod:

It appears that the Court's order and judgment issued today inadvertently overlooked that we had requested reimbursement of incurred litigation expenses in the amount of $2,081.54. Would you stipulate to a request that the Court set a brief telephonic conference call with counsel with both sides so that we may bring this to the Court's attention? We anticipate that would be the most efficient and economical approach to addressing this. Please let me know at your earliest convenience.
Steven G. Tidrick, Esq.
The Tidrick Law Firm
510-788-5100 (main)
510-291-3226 (fax)
sgt@tidricklaw.com
www.tidricklaw.com

Copyright © 2003-2017. All rights reserved.