UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JONES and LEONEL R. LEÓN, on behalf of themselves and all others similarly situated,<br><br>                                           Plaintiffs,<br>v.<br><br>SAN DIEGO METROPOLITAN TRANSIT SYSTEM; SAN DIEGO TROLLEY, INC.; and DOES 1-50,<br><br>                                           Defendants. | Case No.: 3:14-cv-01778-KSC<br><br>**ORDER AMENDING ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS**<br><br>**[Doc. No. 71]** |

Presently before the Court is the plaintiffs' Motion Requesting Brief Phone Conference [Doc. No. 71] regarding the Court's prior Order Granting Plaintiffs' Motion for Award of Attorneys' Fees and Costs and Service Awards [Doc. No. 69]. Plaintiffs request the Court amend its prior Order to reflect their request for incurred litigation costs of $2,081.54. [Doc. No. 61-1, at pp. 14-16]. The Court GRANTS plaintiffs' Motion and amends its prior Order [Doc. No. 69] at page 11, lines 3-8, as follows:

///

///

///

1  IT IS HEREBY ORDERED counsel for plaintiffs shall receive $31,250 in attorneys' fees and $2,081.54 in incurred litigation costs, $4,000 enhancement payments are to be made to plaintiffs Maurice Jones and Leonel R. Leon, $11,888 is to be paid to the settlement administrator, Simpluris, Inc., and the remaining $71,780.46 is to be distributed among the Class Members.

**IT IS SO ORDERED.**

Dated:  December 4, 2017

Hon. Karen S. Crawford
United States Magistrate Judge